# Supreme Court of Florida

---

No. SC2024-1293

---

**IN RE: AMENDMENTS TO FLORIDA RULE OF TRAFFIC COURT 6.445.**

April 17, 2025

PER CURIAM.

The Florida Bar's Traffic Court Rules Committee filed a report proposing amendments to Florida Rule of Traffic Court 6.445 (Discovery: Infractions Only).[1]  The Court published the proposal, and no comments were received.

Having considered the Committee's proposal, we amend rule 6.445 to clarify that citations must identify the specific type of speed measuring device used to measure the driver's speed. However, we decline to further amend the rule to establish a separate set of requirements to be followed when the speed measuring device used is a stopwatch.

---

1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

Accordingly, the Florida Rules of Traffic Court are amended as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments to the rule shall become effective July 1, 2025, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Traffic Court

Mary Ann Etzler, Chair, Traffic Court Rules Committee, Orlando, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Michael Hodges, Bar Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

## RULE 6.445.   DISCOVERY~~;~~ INFRACTIONS ONLY

(a)    The electronic or mechanical speed measuring device used by the citing officer must be identified <u>on the citation </u>by its type <u>(such as Radar, Laser, Pace Car, Vascar, Lidar, and airplane with stopwatch)</u>, and:

(1)-(2)  [No Change]

(b)    [No Change]

### Committee Notes

[No Change]